10 July 24, 2024 No. 506

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

PONY BOY GILBERT,
*Defendant-Appellant.*

Lane County Circuit Court
21CR39012; A179948

Karrie K. McIntyre, Judge.

Submitted June 14, 2024.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Erik Blumenthal, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant. Section B of the brief was prepared by appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Leigh A. Salmon, Assistant Attorney General, filed the brief for respondent.

Before Lagesen, Chief Judge, and Egan, Judge.

LAGESEN, C. J.

Affirmed.

**LAGESEN, C. J.**

Defendant pleaded guilty to four counts of first-degree sexual abuse, ORS 163.427, one count of third-degree sexual abuse, ORS 163.415, and three counts of second-degree unlawful sexual penetration, ORS 163.408. The trial court imposed a stipulated sentence of 240 months in prison. Defendant's appointed counsel filed a brief pursuant to ORAP 5.90 and *State v. Balfour*, 311 Or 434, 814 P2d 1069 (1991). The brief contains a Section B, in which defendant argues, among other things, that his waiver of his right to a speedy trial was not voluntary, that his pleas of guilty were not voluntary, and that the trial court proceedings were not open to the public. The state filed an answering brief responding to those arguments. Reviewing under ORAP 5.90(3) for "arguably meritorious issues," we affirm.[1]

Having reviewed the record, including the trial court file and the transcript of the hearings, and having reviewed the *Balfour* brief, including defendant's arguments in Section B of the brief and the state's response to those arguments, and taking into account our statutorily circumscribed authority to review, *see* ORS 138.105, we have identified no arguably meritorious issues.

Affirmed.

---

[1] As authorized by ORS 2.570(2)(b), this matter is determined by a two-judge panel. *See, e.g.*, *State v. Yother*, 310 Or App 563, 484 P3d 1098 (2021) (deciding matter submitted through *Balfour* process by two-judge panel); *Ballinger v. Nooth*, 254 Or App 402, 295 P3d 115 (2012), *rev den*, 353 Or 747 (2013) (same).